IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VALERIE MONTOYA,

    Plaintiff,

v.                                                    Civ. No. 21-665 SCY

KILOLO KIJAKAZ,
*Acting Commissioner of Social Security Administration*,

    Defendant.

## **ORDER**

THIS MATTER coming before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2), the Court having considered the Motion and Affidavit, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

*/s/ Steve Yarbrough*
UNITED STATES MAGISTRATE JUDGE